MARK S. POSARD (SBN: 208790)
mposard@grsm.com
JUDITH A. CREGAN (SBN: 208779)
jcregan@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
3 Park Center Drive, Suite 200
Sacramento, CA 95825
Telephone: (916) 830-6520
Facsimile: (916) 920-4402

Attorneys for Defendants
SENECA HEALTHCARE DISTRICT and LINDA WAGNER

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED DE PICCIOTTO,<br><br>                 Plaintiff,<br><br>     vs.<br><br>SENECA HEALTHCARE DISTRICT; LINDA WAGNER, an individual; and DOES 1 through 25, inclusive,<br><br>                 Defendants. | CASE NO. 2:19-CV-01297-TLN-DMC<br><br>**ORDER FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S' COMPLAINT**<br><br>**Hon. Troy L. Nunley** |

## ORDER

After considering the parties Stipulation for An Extension of Time to Answer or Otherwise Plead filed on September 10, 2020, the Court finds good cause exists under Federal Rule of Civil Procedure Rule 6 (b)(1)(A) for an extention of time for Defendants SENECA HEALTHCARE DISTRICT and LINDA WAGNER to answer Plaintiff FRED DE PICCIOTTO's First Amended Complaint. The deadline for Defendants' answer will be five court days after the Court enters an order on Defendants' Rule 12(b)(6) Motion to Dismiss.

IT IS SO ORDERED.

DATED: September 11, 2020

_____
Troy L. Nunley
United States District Judge